THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00758-RPM

RONOLD L. VON HAGEN,

    Plaintiff,

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY,

    Defendant.

_____

## JUDGMENT
_____

    Pursuant to the Order Granting Summary Judgment entered on August 14, 2014, by Senior Judge Richard P. Matsch, it is

    ORDERED AND ADJUDGED that judgment is entered for the defendant Fidelity National Title Insurance Company and against the plaintiff Ronold L. Von Hagen. This civil action is dismissed and the defendant is awarded costs upon the filing of a bill of costs within 14 days.

    Dated:   August 14th, 2014

                                      FOR THE COURT:

                                      JEFFREY P. COLWELL, Clerk

                                          s/M. V. Wentz

                                      By_____
                                                   Deputy